United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Amer Elhindi and other similarly situated individuals, Plaintiff(s), | ) ) ) |
| v. | ) ) Civil Action No. 22-23740-Civ-Scola ) |
| Larry's Express Corp. and Larry Rodriguez, Defendants. | ) ) ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (ECF No. 17.) Having reviewed the record, the relevant legal authorities, the settlement agreement, and the Plaintiff's attorney's detailed fees and costs, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 17**) pursuant to the terms of the settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on February 10, 2023.

_____
Robert N. Scola, Jr.
United States District Judge